UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON JENSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>RENTON COLLECTIONS INC.,<br><br>　　　　　　　Defendant. | No. 2:19-cv-01986-BJR<br><br>NOTICE OF SETTLEMENT |

TO:  ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD

AND TO:  CLERK OF THE ABOVE-ENTITLED COURT

**<u>NOTICE OF SETTLEMENT</u>**

　　Pursuant to Local Court Rule (LCR) 11(b), Plaintiff Shannon Jensen, and Defendant Renton Collections Inc., by and through their counsel, inform this Court that the parties have reached a settlement on behalf of Plaintiff in this matter.  The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice.

NOTICE OF SETTLEMENT – 1

(Case No. 2:19-cv-01986-BJR)

MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Facsimile: (732) 298-6256

Furthermore, the parties request that the Court remove any current deadlines from its calendar.

DATED this 13th day of March 2020.

          Respectfully submitted,

          MARCUS & ZELMAN, LLC

          By:    /s/ Ari H. Marcus
                    Ari H. Marcus, Pro Hac Vice
                    701 Cookman Avenue, Suite 300
                    Asbury Park, NJ 07712
                    (732) 695-3282
                    ari@marcuszelman.com

          BRUBAKER LAW GROUP, PLLC

          By:    /s/ Michael Brubaker
                    Michael Brubaker, WSBA #49804
                    14506 NE 184th Place
                    Woodinville, WA 98072
                    (206) 335-8746
                    michael@brubakerlawgroup.com
                    *Attorneys for Plaintiff*
                    *Shannon Jensen*

          LEE SMART PS INC.

          By:    /s/ Marc Rosenberg
                    Marc Rosenberg
                    701 Pike Street, Suite 1800
                    Seattle, WA 98101
                    (206) 624-7990
                    mr@leesmart.com
                    *Attorneys for Defendant*
                    *Renton Collections, Inc.*

NOTICE OF SETTLEMENT – 2

(Case No. 2:19-cv-01986-BJR)

MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Facsimile: (732) 298-6256