Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHANNON JENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RENTON COLLECTIONS, INC.,<br><br>Defendant. | No. 2:19-cv-01986-BJR<br><br>STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>MOTION NOTING DATE:<br>JUNE 11, 2020 |

The Parties, through their respective attorneys of record, having reached a settlement in the above-captioned matter, hereby stipulate and agree that the above-captioned lawsuit should be dismissed with prejudice and without costs to any party.

JOINTLY AGREED AND DATED this 11th day of June, 2020.

| | |
|---|---|
| MARCUS & ZELMAN, LLC | LEE SMART, P.S., INC. |
| By: s/ Ari M. Marcus (via electronic consent)<br>Ari M. Marcus, *pro hac vice*<br>Attorneys for Plaintiff<br>Shannon Jensen | By: /s Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>Attorneys for Defendant<br>Renton Collections, Inc. |
| 14506 N.E. 184th Place<br>Woodinville, WA 98072<br>(206) 335-8746<br>ari@marcuszelman.com | 1800 One Convention Place<br>701 Pike St.<br>Seattle, WA 98101-3929<br>(206) 624-7990<br>mr@leesmart.com |

STIPULATED MOTION TO DISMISS WITH
PREJUDICE - 1
2:19-cv-01986-BJR
6679738.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

3

4

5

| Michael C. Brubaker | Michael@brubakerlawgroup.com |

6

| Ari M. Marcus | ari@marcuszelman.com |

7

| Yitzchak Zelman | Yzelman@marcuszelman.com |

8

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

9

10

Dated this 11th day of June, 2020 at Seattle, Washington.

11

LEE SMART, P.S., INC.

12

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendant
    Renton Collections, Inc.

13

14

15

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO DISMISS WITH
PREJUDICE - 2
2:19-cv-01986-BJR
6679738.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944