Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHANNON JENSEN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RENTON COLLECTIONS, INC.,<br><br>　　　　Defendant. | No. 2:19-cv-01986-BJR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　The Court, having reviewed the Parties' Stipulated Motion to Dismiss with Prejudice, now enters the following Order:  It is hereby Ordered that all claims alleged in Plaintiff's Complaint are dismissed with prejudice, with each party bearing their own costs, and that the above-captioned lawsuit is dismissed with prejudice in its entirety.

　　　There being no reason for delay, the clerk shall enter this order and close the above-captioned matter.

　　　IT IS SO ORDERED.

　　　Entered June 12, 2020.

_____
Hon. Barbara J. Rothstein